FILED

10/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0476

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-24-0476

VESETH RANCH, LP,

Plaintiff/Appellant,

v.

WILFRED L. DOLL and CHERI DOLL,

Defendants/Appellees.

ON APPEAL FROM THE SEVENTEENTH JUDICIAL DISTRICT COURT, PHILLIPS COUNTY

Cause No. DV-2021-29
Honorable Katherine M. Bidegaray

## ORDER GRANTING APPELLANT VESETH RANCH LP'S UNOPPOSED MOTION FOR WITHDRAWAL OF APPEAL

Pursuant to Appellant's Unopposed Motion for Withdrawal of Appeal, and good cause appearing therefor:

IT IS HEREBY ORDERED that Appellant Veseth Ranch, LP's motion is granted, and this appeal is dismissed.

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 22 2024